IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUARTEZ T. THOMAS, #291 355, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO  2:16-cv-362-WHA |
| ) | |
| ROBIN YOUNG, C/O, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #4), entered on June 21, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to comply with the orders of the court and to prosecute this action.   Final Judgment will be entered accordingly.

DONE this 14th day of July, 2016.

/s/      W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE